**Order filed March 28, 2013**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00324-CR
_____

### KENNETH RAY JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1249914**

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #7, #38, #47, #48 and #48A.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #7, #38, #47, #48 and #48A, on or before **April 8, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #7, #38, #47, #48 and #48A, to the clerk of the 178th District Court.

PER CURIAM